# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESHAUN HARNESS

NO. 2020 KW 0442

**JULY 20, 2020**

---

In Re:    DeShaun Harness, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1602999.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court is ordered to provide relator with a copy of the transcript of his **Boykin** hearing, as set forth in its August 30, 2018, and July 16, 2019, orders, on or before August 31, 2020, if it has not already done so. Documentation of compliance with this order shall be filed in this court on or before September 10, 2020.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT